Howard M. Ehrenberg
Chapter 7 Trustee
333 S. Hope Street, Suite 3500
Los Angeles, CA 90071
Telephone No. (213) 626-2311
Facsimile No (213) 629-4520

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CLARK, DENNIS L<br><br><br><br>Debtor(s). | Case No. 2:09-BK-28827 ER<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br>**(NO CLAIMS BAR DATE REQUIRED)** |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE:**

Howard M. Ehrenberg, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case. At this time, no claims bar date is requested.

Date: August 20, 2009          /s/ Howard Ehrenberg
                               Howard M. Ehrenberg
                               Chapter 7 Trustee