Howard M. Ehrenberg
Chapter 7 Trustee
333 South Hope Street, 35th Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Dennis L. Clark,<br><br>Debtor. | CASE NO. 2:09-bk-28827 ER<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S SALE OF PROPERTY 11 U.S.C. § 363 AND LOCAL RULE 9013-1**<br><br>Date:  February 17, 2010<br>Time:  10:00 a.m.<br>Place: **Sulmeyer**Kupetz<br>       333 South Hope Street, 35th Floor<br>       Los Angeles, CA 90071 |

**TO THE CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Trustee, Howard M. Ehrenberg, will offer for sale the estate's right, title and interest in 528 units of Argus Medical Management LLC, as well as an assignment of any and all claims of the estate, to the extent that a claim or claims my exist, against Argus Medical Management LLC.

The sale will be held on February 17, 2010 at 10:00 a.m., in the Law Offices of **Sulmeyer**Kupetz, 333 South Hope Street, 35th Floor, Los Angeles, California 90071.

The Trustee has thus far received an offer of twenty-five thousand dollars ($25,000.00) from Argus Medical Management LLC. The above sale is subject to

EHRENBERGTRUSTEE\611115.1

overbid.  Any overbids shall begin at $27,500.00 and proceed in increments of a least $500.00.  Therefore, prospective purchasers must appear at the sale with a cashier's check in the amount of $27,500.00 with the remainder of the purchase price due within 48 hours of sale date.

The Trustee may, without further notice of any kind (except as orally announced at said time and place) continue sale from time to time and from place to place; or, in the alternative, may without further notice to creditors thereafter accept any reasonable offer received, provided only that the same is not less than any previously received bona fide offer.

Objections and requests for a hearing before the bankruptcy judge, if any, as to the above shall be in writing and filed with the clerk of the bankruptcy court and served upon the United States Trustee and the Trustee named in the upper left corner of this notice no later than fifteen (15) days after the service of this notice.  Any objections not filed and served may be deemed waived.

If you have any questions, the Trustee may be reached at the address and phone number listed in the top left corner of the first page of this notice.

To the extent that an application is required to be made to consummate the sale, this notice shall constitute such an application.

**TERMS OF SALE: CASH**

DATED: January 13, 2010

By: /s/ Howard M. Ehrenberg
Howard M. Ehrenberg
Chapter 7 Trustee

| In re: | | CHAPTER: 7 |
|---|---|---|
| Dennis L. Clark | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-28827 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **NOTICE OF TRUSTEE'S SALE OF PROPERTY 11 U.S.C. § 363 AND LOCAL RULE 9013-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On January 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2010 | Lupe V. Cortez | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Allergan Sales LLC
12975 Collections Center Dr
Chicago, IL 60693-0129

AMERICAN INFOSOURCE LP AS AGENT FOR
TARGET
PO Box 248866
Oklahoma City, OK 73124-8866

Attorney Recovery Systems, Inc
c/o Joseph P. Graziano, Esq.
18757 Burbank Blvd. #300
Tarzana, CA 91356-3375

BAC HOME LOAN SERVICING, L.P.
7105 Corporate Drive
Plano, TX 75024-4100

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Bank of America
PO Box 26078
Greensboro, NC 27420-6078

Bank of America
PO Box 30750
Los Angeles, CA 90030-0750

Bryan M Grundson
16870 W Bernardo Dr #400
San Diego CA 92127-1677

Capital One, N.A.
c/o CLC Consumer Services Co
2730 Liberty Ave
Pittsburg, PA 15222-4704

Citi Advantage Mastercard
POB 6401
The Lakes NV 88901-6401

CLC Consumer Services Co.
P5-PCLC-02-R
2730 Liberty Ave.
Pittsburgh, PA 15222-4704

Clovis & Roche, Inc.
PO Box 1164
Metairie, LA 70004-1164

Country Club Village, LLC
c/o Roemer & Harnik, LLP
45-025 Manitou Drive
Indian Wells, CA 92210-9068

County of Los Angeles
PO Box 54027
Los Angeles, CA 90054-0027

Creekridge Capital, Inc.
7808 Creekridge Circle #250
Edina, MN 55439-2611

Dennis L. Clark
5335 Ebell
Long Beach, CA 90808-1915

Five Point Capital
10525 Vista Sorrento Pkwy
San Diego, CA 92121-2745

Fleetwood Industries
204 Barclay Pavillion West
Cherry Hill, NJ 08034-2129

Fred L. Riedman
Janet Riedman
6475 E. Pacific Coast Hwy #399
Long Beach, CA 90803-4201

Graham Vaage LLP
500 N. Brand Blvd. #1030
Glendale, CA 91203-1923

Hydrex Pest Control
3073 Long Beach Blvd
Long Beach CA 90807-5097

Index Corp
1212 Terra Bella Ave
Mountain View CA 94043-1824

Inform On Hold
14241 E Firestone Blvd
La Mirada, CA 90638-5530

Iridex Corporation
1212 Terra Bella Ave
Mountain View, CA 94043-1824

Katherine Kane, Esq.
12400 Wilshire Blvd #400
Los Angeles, CA 90025-1019

Key Equipment Finance
600 Travis St #1300
Houston, TX 77002-3009

Kross Lieberman & Stone
PO Box 17449
Raleigh, NC 27619-7449

LC System, Inc.
PO Box 64887
St. Paul, MN 55164-0887

Leaf Funding, Inc.
2005 Market St 15th Floor
Philadelphia, PA 19193-0001

| | | |
|---|---|---|
| Lyon Financial Services, Inc.<br>1310 Madrid #100<br>Marshall, MN 56258-4099 | Mary E. Gilstrap, Esq<br>Roemer & Harnik, LLP<br>45-025 Manitou Drive<br>Indian Wells, CA 92210-9068 | Meltzer & Associates<br>4050 Katella #101<br>Los Alamitos, CA 90720-3434 |
| MENCHACA & COMPANY LLP CPA<br>835 WILSHIRE BLVD., STE. 300<br>LOS ANGELES, CA 90017-2655 | Mendelson Law Group<br>5805 Sepulveda Blvd. #700<br>Van Nuys, CA 91411-2546 | Michael W Binning<br>Law Office of Michael W Binning<br>200 Oceangate, Suite 845<br>Long Beach, CA 90802-4352 |
| NCO Financial Systems<br>PO Box 15630<br>Wilmington, DE 19850-5630 | Norman L. Kallen, Inc.<br>1901 Ave. of the Stars #615<br>Los Angeles, CA 90067-6001 | North Shore Agency, Inc.<br>270 Spagnoli Rd #111<br>Melville, NY 11747-3516 |
| Progressive Management Systems<br>PO Box 2220<br>West Covina, CA 91793-2220 | PYOD LLC its successors and assigns as assig<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Richard A. Glassman, Esq.<br>701 Fourth Ave So #500<br>Minneapolis, MN 55415-1600 |
| Richard James & Associates<br>3303 NE 44th Street Ste B<br>Vancouver, WA 98663-2186 | Riverside County Assessor<br>PO Box 12004<br>Riverside, CA 92502-2204 | Robert M. Orr, Esq.<br>Sawyer, Orr & Sawyer<br>6700 E Pacific Coast Hwy #175<br>Long Beach, CA 90803-4212 |
| Ronald R. Cohn, Esq.<br>Horgan, Rosen, Beckham & Coren<br>23975 Park Sorrento<br>Calabasas, CA 91302-4015 | Solomon & Solomon PC<br>Colombia Circle Box 15019<br>Albany, NY 12212-5019 | State of California<br>Franchise Tax Board<br>Attention: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Suncrest Exterminating<br>1115 E Kimberly Ave<br>Anaheim CA 92801-1101 | Susan L. Vaage, Esq.<br>500 N. Brand Blvd #1030<br>Glendale, CA 91203-1923 | Target National Bank<br>POB 59317<br>Minneapolis MN 55459-0317 |
| Telecheck Services, Inc.<br>PO 60028<br>City of Industry, CA 91716-0028 | Transworld Systems Inc<br>8885 Rio San Diego Dr #107<br>San Diego CA 92108-1624 | US Bank<br>Manifest Funding Services<br>1450 Channel Parkway<br>Marshall, MN 56258-4005 |
| US Express Leasing, Inc.<br>10 Waterview Blvd<br>Parsippany, NJ 07054-1286 | US Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416-0005 | W. Jeffery Fulton, Esq.<br>1545 Hotel Circle So. #240<br>San Diego, CA 92108-3412 |
| Yellow Book Pacific<br>c/o RMS Bankruptcy Recovery Services<br>P o Box 5126<br>Timonium, Maryland 21094-5126 | Yellow Book USA<br>6300 C Street<br>Cedar Rapids IA 52404-7470 | |