| Attorney or Party Name, Address, Telephone and Fax Number and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| Howard M. Ehrenberg, Chapter 7 Trustee   213/626-2311 Telephone<br>SulmeyerKupetz   213/629-4520 Facsimile<br>333 South Hope, 35th Floor<br>Los Angeles, CA 90071<br><br>Chapter 7 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>DENNIS L. CLARK,<br><br>                                               Debtor(s). | CASE NO.: 2:09-bk-28827-ER |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| Sale Date: | February 17, 2010 | Time: | 10:00 a.m. |
|---|---|---|---|
| Location: | SulmeyerKupetz, 333 S. Hope, 35th Floor, Los Angeles, CA 90071 | | |
| | | | |

Type of Sale:   ☒ Public   ☐ Private   Last date to file objections: ___January 29, 2010___

Description of Property to be Sold: The right, title, and interest in 528 units of Argus Medical Management LLC

Terms and Conditions of Sale: All cash

Proposed Sale Price: $25,000.00, subject to overbid.

Overbid Procedure (If Any): Any overbids shall begin at $27,500.00 and proceed in increments of at least $500.00.

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e-mail address):

      Howard M. Ehrenberg, Trustee
      SulmeyerKupetz
      333 South Hope, 35th Floor
      Los Angeles, CA 90071
      213/626-2311 (telephone) 213/629-4520 (facsimile)

Date: January 13, 2010